STATE OF LOUISIANA        *        NO. 2026-K-0058

VERSUS        *        COURT OF APPEAL

JERMAINE DONALD        *        FOURTH CIRCUIT

       *        STATE OF LOUISIANA

       *

       *

* * * * * * *

PAB    **BROWN, J., DISSENTS WITH REASONS.**

I respectfully disagree. Finding that the district court correctly applied the law to the facts presented here, I would deny the writ.